JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORRISON, | Case No. CV 19-1961-JGB (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| ALVARO RAMOS et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

Judgment is to be entered in Defendants' favor, dismissing this action with prejudice as to Plaintiff's federal claims and without prejudice as to his state-law claims.

DATED: June 21, 2022

JESUS G. BERNAL
U.S. DISTRICT JUDGE